UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| KHAMIS AKIM KOMBO, | ) | CASE NO. C08-1799-RSL |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| A. NEIL CLARK, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondent's Return and Motion to Dismiss, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and ORDERS as follows:

1. The Court adopts the Report and Recommendation;

2. Petitioner's Petition for Writ of Habeas Corpus, Dkt. 8, is DENIED, respondent's cross-motion to dismiss, Dkt. 13, is GRANTED; and this action is DISMISSED with prejudice; and

/ / /

ORDER OF DISMISSAL
PAGE -1

3. The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

DATED this 29th day of April, 2009.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL
PAGE -2